**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Luis**<br>First Name<br>**Alberto**<br>Middle Name<br>**Castaneda**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) | **Esther**<br>First Name<br>**Alicia**<br>Middle Name<br>**Castaneda**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First Name<br><br>Middle Name<br><br>Last Name | First Name<br><br>Middle Name<br><br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – <u>4</u>  <u>3</u>  <u>0</u>  <u>2</u><br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – <u>7</u>  <u>8</u>  <u>0</u>  <u>3</u><br>OR<br>9xx – xx – ____ ____ ____ ____ |

Debtor 1    **Luis Alberto Castaneda**

Debtor 2    **Esther Alicia Castaneda**                                          Case number (if known) _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☐ I have not used any business names or EINs.

**Luna y Sol Bakery and More, LLC**
Business name

**Luna y Sol Mexican Grill, LLC**
Business name

**LYS Catering**
Business name

**Luna y Sol Mexican Eatery**
Business name

8  3  –  2  3  3  0  5  9  7
EIN

8  1  –  3  8  1  1  0  5  4
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

**Luna y Sol Bakery and More, LLC**
Business name

**Luna y Sol Mexican Grill, LLC**
Business name

**LYS Catering**
Business name

**Luna y Sol Mexican Eatery**
Business name

8  3  –  2  3  3  0  5  9  7
EIN

8  1  –  3  8  1  1  0  5  4
EIN

**5.** **Where you live**

**6210 Trace Canyon Trace Court**
Number     Street

_____

_____

**Katy**                    **TX**      **77450-7099**
City                State     ZIP Code

**Fort Bend**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                    State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number     Street

_____

_____

_____
City                    State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                    State    ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Luis Alberto Castaneda** | | |
|----------|---------------------------|---|---|
| Debtor 2 | **Esther Alicia Castaneda** | | Case number (if known) _____ |

---

### Part 2:   Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.**  If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments).  If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------------------|------|-----------|-------------|-----------|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|--------|-------------------|---------------------|-----------|
| District | _____ | When _____ | Case number, |
| | | MM / DD / YYYY | if known _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, |
| | | MM / DD / YYYY | if known _____ |

**11.** **Do you rent your residence?**

- ☑ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No.  Go to line 12.
  - ☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Luis Alberto Castaneda**

Debtor 2    **Esther Alicia Castaneda**                                    Case number (if known) _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number      Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                                    State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.  If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
                        Number      Street

_____

_____
City                                    State          ZIP Code

---

Debtor 1    **Luis Alberto Castaneda**

Debtor 2    **Esther Alicia Castaneda**                                    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**                                Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1   **Luis Alberto Castaneda**

Debtor 2   **Esther Alicia Castaneda** _____   Case number (if known) _____

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


X **/s/ Luis Alberto Castaneda** _____      X **/s/ Esther Alicia Castaneda** _____

Luis Alberto Castaneda, Debtor 1                                   Esther Alicia Castaneda, Debtor 2

Executed on **12/08/2020** ____                              Executed on **12/08/2020** ____

MM / DD / YYYY                                                        MM / DD / YYYY

Debtor 1   **Luis Alberto Castaneda**

Debtor 2   **Esther Alicia Castaneda**                                        Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X   **/s/ Jesse Aguinaga**                                          Date   **12/08/2020**

Signature of Attorney for Debtor                                      MM / DD / YYYY

**Jesse Aguinaga**

Printed name

**Jesse Aguinaga**

Firm Name

**8323 Southwest freeway Suite 670**

Number          Street

_____

_____

**Houston**                                          **TX**      **77074**

City                                                State    ZIP Code

Contact phone   **(713) 772-7986**            Email address **jfa@aguinagaandassociates.com**

**00798026**                                        **TX**

Bar number                                          State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Luis**<br>First Name | **Alberto**<br>Middle Name | **Castaneda**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Esther**<br>First Name | **Alicia**<br>Middle Name | **Castaneda**<br>Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**6210 Canyon Trace CT**
Street address, if available, or other description

_____

**Katy**          **TX**     **77450-7099**
City            State    ZIP Code

**Fort Bend**
County

6210 Canyon Trace CT, Katy, TX
77450-7099
CANYON GATE CINCO RANCH SEC 4,
BLOCK 1, LOT 11, FORT BEND
COUNTY, TEXAS

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:    **Sec 4, Blk 1, Lot 11**

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**      **Current value of the
portion you own?**

$305,770.00             $305,770.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

☑ **Check if this is community property**
(see instructions)

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**                                      Case number (if known) _____

---

**1.2.**

**2936 Piedmont Drive**
Street address, if available, or other description

_____

**El Paso**              **TX**    **79902-2115**
City                   State   ZIP Code

**El Paso**
County

**2936 Piedmont Drive, El Paso, TX 79902-2115
109 Kern Place 11 & 12 (12000.00 Sq.Ft.), El Paso County, Texas [Debtor Heirship Property, 1/2 Interest in Whole with Tax Assessor Value of $285,218.00]**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  **Heirship Property Interest**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:  **Lot 16**

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$192,609.00                     $192,609.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple Determinable-H**

☐ **Check if this is community property**
(see instructions)

---

**1.3.**

**88 Horizon View Estates
El Paso, Texas**

**88 Horizon View Estates, El Paso, Texas
88 Horizon View Estates #8, Lot 24 [19487.00 Sq. Ft., El Paso County, Texas. [Debtor Heirship Property, 1/2 Interest in Whole with Tax Assessor Value of $468.00]**

**El Paso**
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☑ Other  **Heirship Interest**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$234.00                        $234.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple Determinable-H**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**                                      Case number (if known) _____

---

1.4.
**2 Horizon City Estates**
**El Paso, Texas**

**2 Horizon City Estates, El Paso, Texas**
**2 Horizon City Estates #65, Lot 25**
**[10879 Sq. Ft.]**
**El Paso County, Texas  [Debtor**
**Heirship Property, 1/2 Interest in**
**Whole with Tax Assessor Value of**
**$261.00]**

**El Paso**
County

**What is the property?**
Check all that apply.

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other **Heirship Interest**

**Who has an interest in the property?**
Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:   **Lot 25**

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:*
*Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $130.50 | $130.50 |

**Describe the nature of your ownership**
**interest (such as fee simple, tenancy by the**
**entireties, or a life estate), if known.**

**Fee Simple Determinable-H**

- [ ] Check if this is community property
  (see instructions)

---

1.5.
**2 Horizon City Estates**
**El Paso, Texas**

**2 Horizon City Estates, El Paso, Texas**
**2 Horizon City Estates #65, Lot 26**
**[10879 Sq. Ft.]**
**El Paso County, Texas  [Debtor**
**Heirship Property, 1/2 Interest in**
**Whole with Tax Assessor Value of**
**$240.00]**

**El Paso**
County

**What is the property?**
Check all that apply.

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other **Heirship Interest**

**Who has an interest in the property?**
Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:   **Lot 26**

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:*
*Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $120.00 | $120.00 |

**Describe the nature of your ownership**
**interest (such as fee simple, tenancy by the**
**entireties, or a life estate), if known.**

**Fee Simple Determinable-H**

- [ ] Check if this is community property
  (see instructions)

---

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any
     entries for pages you have attached for Part 1.  Write that number here.................................................→  | **$498,863.50** |

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**

Case number (if known) _____

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.
Make:              **Cadillac**
Model:             **ATS**
Year:              **2016**
Approximate mileage: **66,000**
Other information:
**2016 Cadillac ATS (approx. 66,000 miles)**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$22,998.00**
Current value of the portion you own?    **$22,998.00**

3.2.
Make:              **Volvo**
Model:             **S40**
Year:              **2006**
Approximate mileage: **113,903**
Other information:
**2006 Volvo S40 (approx. 113,903 miles)**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$2,900.00**
Current value of the portion you own?    **$2,900.00**

3.3.
Make:              **Mercedes**
Model:             **ML430**
Year:              **1999**
Approximate mileage: **170,000**
Other information:
**1999 Mercedes ML430 (approx. 170,000 miles)**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$2,500.00**
Current value of the portion you own?    **$2,500.00**

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any
entries for pages you have attached for Part 2.  Write that number here**...................................................➔    **$28,398.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1   **Luis Alberto Castaneda**

Debtor 2   **Esther Alicia Castaneda** _____   Case number (if known) _____

6.   **Household goods and furnishings**
    _Examples:_ Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes.  Describe..... | **Stove$100, Microwave$50, Refrigerator/Freezer$300, Washing Machine $150, Dryer$150, Living Room Furniture$300, Misc. Table/Service/Cooking Ware$100, Bedroom Furniture$300,  Den/Family Room Furniture $200, Misc. Linens/Bedding$75, and Dining Room Furniture$100.** | $1,825.00

7.   **Electronics**
    _Examples:_ Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes.  Describe..... | **2-TVs$200, 2-PC$100, 1 Printer/Scanner $50, 2-Cell Phones $100.** | $450.00

8.   **Collectibles of value**
    _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes.  Describe..... | **Misc. Wall Hangings/Curios/Collectibes/Photos/House Decorations $120** | $120.00

9.   **Equipment for sports and hobbies**
    _Examples:_ Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes.  Describe..... | **2 Bicycles $200** | $200.00

10.  **Firearms**
    _Examples:_ Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes.  Describe..... | |

11.  **Clothes**
    _Examples:_ Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes.  Describe..... | **Misc. Clothing $325 and Footwear $75.** | $400.00

12.  **Jewelry**
    _Examples:_ Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes.  Describe..... | **Misc. Jewelry $20, Wedding Bands $2000/Necklace $800/Bracelet $500 1 Watches $25** | $3,345.00

13.  **Non-farm animals**
    _Examples:_ Dogs, cats, birds, horses

    ☑ No
    ☐ Yes.  Describe..... | |

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes.  Give specific information............ | **See continuation page(s).** | $300.00

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**
                                                          Case number (if known) _____

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have
     attached for Part 3.  Write the number here.................................................................................... ➜   | **$6,640.00** |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16.  **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
     petition

     ☑ No
     ☐ Yes.................................................................................................................... Cash: ........................   _____

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
     brokerage houses, and other similar institutions.  If you have multiple accounts with the same
     institution, list each.

     ☐ No
     ☑ Yes............................        Institution name:

     17.1.   Checking account:      **Debtors' Joint Allegiance Bank [POD] Checking account 7969**              **$2.42**

     17.2.   Other financial account:  **Joint Debtor's State Unemployment -  US Bank Debit Card
                                       Account 6102**                                                        **$414.00**

     17.3.   Other financial account:  **Debtor's State Unemployment -  US Bank Debit Card Account
                                       7828**                                                                **$414.00**

18.  **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

     ☑ No
     ☐ Yes............................  Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including
     an interest in an LLC, partnership, and joint venture**

     ☑ No
     ☐ Yes.  Give specific
         information about
         them.........................  Name of entity:                        % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

     ☑ No
     ☐ Yes.  Give specific
         information about
         them.........................  Issuer name:

21.  **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
     profit-sharing plans

     ☑ No
     ☐ Yes.  List each
         account separately.    Type of account:      Institution name:

Debtor 1   **Luis Alberto Castaneda**

Debtor 2   **Esther Alicia Castaneda**                                   Case number (if known) _____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes............................   Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes............................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific information about them

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years...................

Federal: _____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**                                         Case number (if known) _____

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
   compensation, Social Security benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes. Give specific information

   [box]                                                                    _____

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☑ No
   ☐ Yes. Name the insurance
      company of each policy
      and list its value................    Company name:                    Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
   entitled to receive property because someone has died

   ☑ No
   ☐ Yes. Give specific information

   [box]                                                                    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No
   ☑ Yes. Describe each claim........    | Inverse Condemnation Claim - Luis A & Esther A. Castaneda vs | $24,059.48 |
                                          U.S. Army Corps of Engineers  U.S. Army Corp of Engineers -
                                          Cause No. 18-CV-00855L,
                                          United States Court of Federal Claims,
                                          717 Madison Place, NW, Washington, DC 20439
                                          Plaintiffs' Counsel - William Hart Boundas Easterby, LLP, 8441
                                          Gulf Freeway, Ste. 600, Houston, TX 77017-5051 - [Value based on
                                          remainder of "Wild Card" Exeption 11 USC 522(d)[5].

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
   rights to set off claims**

   ☑ No
   ☐ Yes. Describe each claim........

   [box]                                                                    _____

**35. Any financial assets you did not already list**

   ☑ No
   ☐ Yes. Give specific information

   [box]                                                                    _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have
   attached for Part 4. Write that number here.................................................................➔    **$24,889.90**

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**

   ☐ No.  Go to Part 6.
   ☑ Yes.  Go to line 38.

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**                                   Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..   _____   _____

**39.  Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..   _____   _____

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Describe..   **See continuation page(s).**                    **$1,378.00**

**41.  Inventory**

☑ No
☐ Yes.  Describe..   _____   _____

**42.  Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                        % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.   **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  ☐ No
  ☐ Yes.  Describe....   _____   _____

**44.  Any business-related property you did not already list**

☐ No
☑ Yes.  Give specific information.

  **Closely Held Corporation - Luna y Sol Bakery and More, LLC - Equipment and Furnishings:  9 Large Square Tables $270, 2 Medium Square Tables $50, 4 Round Table Hi-Tops $100, 5 Small Round Tables $75, 21 Chairs $210, 4 Wood/Metal Stools $160, 1 Large Icemaker $300, 6 Stainless Steel Working Tables $600, 3 Fryers $300, 1 Vulcan 10 Burner Range $1500, 1 Broth Pot Stove $300, 1 True 2 Door Stainless Steel Refrigerator $1200, 2 Stainless Steel Cabinets $250, 1 Stainless Steel Cart $35, 4 Food Warners $70, 2 Stainless Steel Wire Racks $60, and 1 Stainless Steel Hand Sink $50.**                    **$5,530.00**

  **Closely Held Corporation - Luna y Sol Bakery and More, LLC - Allegiance Bank Business Checking Account 7951**                    **$29.17**

  **Luis A. Castaneda dba LYS Catering Business Allegiance Bank Checking Account 8256**                    **$38.10**

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.........................................................................................➜**   **$6,975.27**

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**                                   Case number (if known) _____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.    Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.    Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... _____    _____

**48.    Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information............... _____    _____

**49.    Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... _____    _____

**50.    Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____    _____

**51.    Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information............... _____    _____

**52.    Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here...................................................................** ➔  | $0.00 |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.    Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.    Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➔  | $0.00 |

Debtor 1   **Luis Alberto Castaneda**

Debtor 2   **Esther Alicia Castaneda**

Case number (if known) _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.** **Part 1: Total real estate, line 2**...................................................................................................➔    $498,863.50

**56.** **Part 2: Total vehicles, line 5**      $28,398.00

**57.** **Part 3: Total personal and household items, line 15**      $6,640.00

**58.** **Part 4: Total financial assets, line 36**      $24,889.90

**59.** **Part 5: Total business-related property, line 45**      $6,975.27

**60.** **Part 6: Total farm- and fishing-related property, line 52**      $0.00

**61.** **Part 7: Total other property not listed, line 54**    +    $0.00

**62.** **Total personal property.**    Add lines 56 through 61...................    $66,903.17    Copy personal property total ➔ +    $66,903.17

**63.** **Total of all property on Schedule A/B.**    Add line 55 + line 62.................................................................    $565,766.67

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**

Case number (if known) _____

14.   **Any other personal and household items you did not already list (details):**

| | |
|---|---:|
| Misc. Power/Hand Yard/Household Tools. | **$100.00** |
| Misc. Household Tools/Ladder $50 and Patio Set $150 | **$200.00** |

40.   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):**

| | |
|---|---:|
| Luis & Esther Castaneda dba LYS Catering Cooking/Serving Ware. $1000 | **$1,000.00** |
| Luis A. Castaneda dba LYS Catering Business - 120 Melamie Plates $360.00 and Misc. Disposable Dinner Ware/Forks/Knives/Spoons $18.00 | **$378.00** |

**Fill in this information to identify your case:**

| Debtor 1 | **Luis** | **Alberto** | **Castaneda** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Esther** | **Alicia** | **Castaneda** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  **6210 Canyon Trace CT, Katy, TX 77450-7099**  **CANYON GATE CINCO RANCH SEC 4, BLOCK 1, LOT 11, FORT BEND COUNTY, TEXAS**  **Parcel: Sec 4, Blk 1, Lot 11**  Line from *Schedule A/B*:   **1.1** | $305,770.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description:  **2016 Cadillac ATS (approx. 66,000 miles)**  Line from *Schedule A/B*:   **3.1** | $22,998.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

| Debtor 1 | **Luis Alberto Castaneda** | |
|---|---|---|
| Debtor 2 | **Esther Alicia Castaneda** | Case number (if known) _____ |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2006 Volvo S40 (approx. 113,903 miles)**<br>Line from *Schedule A/B*: __3.2__ | **$2,900.00** | ☑ **$2,900.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**1999 Mercedes ML430 (approx. 170,000 miles)**<br>Line from *Schedule A/B*: __3.3__ | **$2,500.00** | ☑ **$2,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Stove$100, Microwave$50, Refrigerator/Freezer$300, Washing Machine$150, Dryer$150, Living Room Furniture$300, Misc. Table/Service/Cooking Ware$100, Bedroom Furniture$300, Den/Family Room Furniture $200, Misc. Linens/Bedding$75, and Dining Room Furniture$100.<br>(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __6__ | **$1,825.00** | ☑ **$625.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Stove$100, Microwave$50, Refrigerator/Freezer$300, Washing Machine$150, Dryer$150, Living Room Furniture$300, Misc. Table/Service/Cooking Ware$100, Bedroom Furniture$300, Den/Family Room Furniture $200, Misc. Linens/Bedding$75, and Dining Room Furniture$100.<br>(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __6__ | **$1,825.00** | ☑ **$1,200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2-TVs$200, 2-PC$100, 1 Printer/Scanner $50, 2-Cell Phones $100.**<br>Line from *Schedule A/B*: __7__ | **$450.00** | ☑ **$450.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Misc. Wall Hangings/Curios/Collectibes/Photos/House Decorations $120**<br>Line from *Schedule A/B*: __8__ | **$120.00** | ☑ **$120.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**2 Bicycles $200**<br>Line from *Schedule A/B*: __9__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Misc. Clothing $325 and Footwear $75.** Line from *Schedule A/B*: __11__ | **$400.00** | ☑ **$400.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Misc. Jewelry $20, Wedding Bands $2000/Necklace $800/Bracelet $500 1 Watches $25** Line from *Schedule A/B*: __12__ | **$3,345.00** | ☑ **$345.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description: **Misc. Power/Hand Yard/Household Tools.** Line from *Schedule A/B*: __14__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Misc. Household Tools/Ladder $50 and Patio Set $150** Line from *Schedule A/B*: __14__ | **$200.00** | ☑ **$200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Debtors' Joint Allegiance Bank [POD] Checking account 7969** Line from *Schedule A/B*: __17.1__ | **$2.42** | ☑ **$2.42** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Joint Debtor's State Unemployment - US Bank Debit Card Account 6102** Line from *Schedule A/B*: __17.2__ | **$414.00** | ☑ **$414.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(C)** |
| Brief description: **Debtor's State Unemployment - US Bank Debit Card Account 7828** Line from *Schedule A/B*: __17.3__ | **$414.00** | ☑ **$414.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(C)** |

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Inverse Condemnation Claim - Luis A & Esther A. Castaneda vs U.S. Army Corps of Engineers  U.S. Army Corp of Engineers - Cause No. 18-CV-00855L,**<br>**United States Court of Federal Claims,**<br>**717 Madison Place, NW, Washington, DC 20439**<br>**Plaintiffs' Counsel - William Hart Boundas Easterby, LLP, 8441 Gulf Freeway, Ste. 600, Houston, TX 77017-5051 - [Value based on remainder of "Wild Card" Exeption 11 USC 522(d)[5].**<br>Line from *Schedule A/B:*    **33** | **$24,059.48** | ☑  **$24,059.48**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Luis & Esther Castaneda dba LYS Catering Cooking/Serving Ware. $1000**<br>Line from *Schedule A/B:*    **40** | **$1,000.00** | ☑  **$1,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| Brief description:<br>**Luis A. Castaneda dba LYS Catering Business - 120 Melamie Plates $360.00 and Misc. Disposable Dinner Ware/Forks/Knives/Spoons $18.00**<br>Line from *Schedule A/B:*    **40** | **$378.00** | ☑  **$378.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| Brief description:<br>**Luis A. Castaneda dba LYS Catering Business Allegiance Bank Checking Account 8256**<br>Line from *Schedule A/B:*    **44** | **$38.10** | ☑  **$38.10**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Luis** | **Alberto** | **Castaneda** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Esther** | **Alicia** | **Castaneda** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

| | | | | |
|---|---|---|---|---|
| **Caliber Home Loans** | Describe the property that secures the claim: | **$317,849.00** | **$305,770.00** | **$12,079.00** |
| Creditor's name | | | | |
| **PO Box 24610** | **6210 Canyon Trace CT, Katy, TX 77450-7099** | | | |
| Number    Street | | | | |

_____

| Oklahoma City    OK    73124 |
|---|
| City    State    ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Mortgage**

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____    **Last 4 digits of account number**    **4    2    5    4**

Add the dollar value of your entries in Column A on this page. Write that number here:

| **$317,849.00** |
|---|

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.2 |
|---|

**Canyon Gate At Cinco Ranch HOA**
Creditor's name
**20422 Canyon Gate Blvd.**
Number    Street

_____

**Katy**                **TX**    **77450**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**6210 Canyon Trace CT, Katy, TX 77450-7099**

**$7,500.00**    **$7,500.00**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset) **Home Association**

**Last 4 digits of account number** ___ ___ ___ ___

| 2.3 |
|---|

**EZ Pawn**
Creditor's name
**13555 Westheimer Road**
Number    Street

_____

**Houston**            **TX**    **77077**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**Wedding Bands $2000/Necklace $800/Bracelet $500**

**$3,000.00**    **$3,300.00**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset) **Secured Loan**

**Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$10,500.00**

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

**GM Financial**
Creditor's name
**P.O. Box 183593**
Number     Street

_____

_____

**Arlington            TX     76096**
City               State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**2016 Cadillac ATS (approx. 66,000 miles)**

$25,210.24     $22,998.00     $2,212.24

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Retail Installement Contract**

**Last 4 digits of account number**     1   5   5   5

**2.5**

**HMS**
Creditor's name
**The Texas Medicaid Estate Recovery**
Number     Street
**PO Box 166889**

_____

_____

City               State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**2936 Piedmont Drive, El Paso, TX 79902-2115**

$50,000.00     $285,218.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Collecting for - TXHHSC**

**Last 4 digits of account number**     ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

$75,210.24

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

### 2.6

**Inroveca, LLC**
Creditor's name
**c/o Roquel Garmendia**
Number    Street
**1207 Lodgeglen Court**

_____

**Katy                    TX    77494-0800**
City                      State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**Business Implements/Furnishing**

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: **$150,000.00**   Column B: **$5,530.00**   Column C: **$144,470.00**

### 2.7

**Jose Alfredo Castaneda**
Creditor's name
**2936 Piedmont Drive**
Number    Street

_____

**El Paso                 TX    79902**
City                      State   ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**2936 Piedmont Drive, El Paso, TX 79902-2115**

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Heirship**

**Last 4 digits of account number** ___ ___ ___ ___

Column A: **$142,609.00**   Column B: **$285,218.00**

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$292,609.00**

Debtor 1  **Luis Alberto Castaneda**
Debtor 2  **Esther Alicia Castaneda**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.8**

**Tax Office**
Creditor's name
**Tax Assessor Collector Ruben P. Go**
Number     Street
**301 Manny Martinez Drive, 1st Floor**

_____

| **El Paso** | **TX** | **79905** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**2936 Piedmont Drive, El Paso, TX 79902-2115**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Ad Valorem Taxes**

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $237,646.86   Column B: $285,218.00

---

**2.9**

**Tax Office**
Creditor's name
**Tax Assessor Collector Ruben P. Go**
Number     Street
**301 Manny Martinez Drive, 1st Floor**

_____

| **El Paso** | **TX** | **79905** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**88 Horizon View Estates, El Paso, Texas**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $189.71   Column B: $234.00

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

$237,836.57

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.10 | | | | |

**Describe the property that secures the claim:** $103.22 $130.50

**Tax Office**
Creditor's name
**Tax Assessor Collector Ruben P. Go**
Number     Street
**301 Manny Martinez Drive, 1st Floor**

**2 Horizon City Estates, El Paso, Texas**

_____

**El Paso**          **TX**   **79905**
City                State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

| 2.11 | | | | |

**Describe the property that secures the claim:** $94.85 $120.00

**Tax Office**
Creditor's name
**Tax Assessor Collector Ruben P. Go**
Number     Street
**301 Manny Martinez Drive, 1st Floor**

**2 Horizon City Estates, El Paso, Texas**

_____

**El Paso**          **TX**   **79905**
City                State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $198.07

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $934,202.88

Debtor 1    **Luis Alberto Castaneda**

Debtor 2    **Esther Alicia Castaneda**

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For
example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and
then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1,
list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or
submit this page.

**1**    **Lewis & Barnes**
Name
**5248A Larkin**
Number        Street

_____

**Houston**                         **TX**      **77007**
City                                          State      ZIP Code

On which line in Part 1 did you enter the creditor?      _____

Last 4 digits of account number      ___  ___  ___  ___

**2**    **Linebarger Goggan Blair & Sampson, LLP**
Name
**Attorneys at Law**
Number        Street
**PO Box 3064**

_____

**Houston**                         **TX**      **77253**
City                                          State      ZIP Code

On which line in Part 1 did you enter the creditor?      _____

Last 4 digits of account number      ___  ___  ___  ___

**3**    **Office of the Attorney General**
Name
**Bankruptcy - Collections Division MC-008**
Number        Street
**PO Box 12548**

_____

**Austin**                          **TX**      **78711-2548**
City                                          State      ZIP Code

On which line in Part 1 did you enter the creditor?      _____

Last 4 digits of account number      ___  ___  ___  ___

**4**    **Perdue Brandon Fielder Collins & Motts**
Name
**Fielder Collins & Motts LLP**
Number        Street
**1235 North Loop West Suite 600**

_____

**Houston**                         **TX**      **77008**
City                                          State      ZIP Code

On which line in Part 1 did you enter the creditor?      _____

Last 4 digits of account number      ___  ___  ___  ___

**5**    **Texas Health & Human Services Commission**
Name
**701 W 51st Street**
Number        Street

_____

**Austin**                          **TX**      **78714-9030**
City                                          State      ZIP Code

On which line in Part 1 did you enter the creditor?      _____

Last 4 digits of account number      ___  ___  ___  ___

Debtor 1  **Luis Alberto Castaneda**

Debtor 2  **Esther Alicia Castaneda**

Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed -- Continuation Page** |
|---|---|

6  **US Federal Housing Administration (FHA)**
Name
**451 7th St. SW**
Number       Street

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Washington**                        **DC**   **20410**
City                                  State    ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Luis** | **Alberto** | **Castaneda** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Esther** | **Alicia** | **Castaneda** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $3,537.64 | $3,537.64 | $0.00 |

| | |
|---|---|
| **Internal Revenue Service**<br>Priority Creditor's Name<br>**P O Box 7346**<br>Number        Street<br><br>_____<br><br>**Philadelphia         PA     19101-7346**<br>City                State   ZIP Code<br><br>**Who incurred the debt?**   Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☑ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number**  __ __ __ __<br>**When was the debt incurred?**  _____<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify |

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**                                    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑  Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1**                                                                                  **$433.00**

**24 Hour Fitness Member Services**          **Last 4 digits of account number**  __ __ __ __
Nonpriority Creditor's Name
**PO Box 2689**                                      **When was the debt incurred?**  _____
Number        Street

                                                       **As of the date you file, the claim is:** Check all that apply.
                                                       ☐  Contingent
**Carlsbad**              **CA**    **92018**          ☐  Unliquidated
City                    State    ZIP Code             ☐  Disputed
**Who incurred the debt?**  Check one.
☐  Debtor 1 only                                      **Type of NONPRIORITY unsecured claim:**
☐  Debtor 2 only                                      ☐  Student loans
☑  Debtor 1 and Debtor 2 only                         ☐  Obligations arising out of a separation agreement or divorce
☐  At least one of the debtors and another               that you did not report as priority claims
**☑  Check if this claim is for a community debt**    ☐  Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                   ☑  Other.  Specify
☑  No                                                 **Outstanding Debt**
☐  Yes

**4.2**                                                                                  **$55,012.00**

**Allegiance Bank**                            **Last 4 digits of account number**   5  6  8  0
Nonpriority Creditor's Name
**PO Box 41314**                                     **When was the debt incurred?**  _____
Number        Street

                                                       **As of the date you file, the claim is:** Check all that apply.
                                                       ☐  Contingent
**Houston**               **TX**    **77241-1314**    ☐  Unliquidated
City                    State    ZIP Code             ☐  Disputed
**Who incurred the debt?**  Check one.
☐  Debtor 1 only                                      **Type of NONPRIORITY unsecured claim:**
☐  Debtor 2 only                                      ☐  Student loans
☑  Debtor 1 and Debtor 2 only                         ☐  Obligations arising out of a separation agreement or divorce
☐  At least one of the debtors and another               that you did not report as priority claims
**☑  Check if this claim is for a community debt**    ☐  Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                   ☑  Other.  Specify
☑  No                                                 **Outstanding Debt**
☐  Yes

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**                                                                            **$1,351.02**

**Alltran Financial LP**
Nonpriority Creditor's Name
**PO Box 722929**
Number    Street

**Houston               TX     77272-2929**
City                  State    ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   2  8  7  6
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Collecting for - BBVA Compass Bank**

**4.4**                                                                            **$2,076.00**

**BBVA Compass Bank**
Nonpriority Creditor's Name
**PO Box 192**
Number    Street

**Birmingham            AL     35201-0192**
City                  State    ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   2  8  7  6
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Bank Overdraft**

**4.5**                                                                            **$145.94**

**BBVA Compass Bank**
Nonpriority Creditor's Name
**PO Box 192**
Number    Street

**Birmingham            AL     35201-0192**
City                  State    ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   7  8  7  3
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Bank Overdraft**

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.6** | **$4,942.30**

**Capital One**
Nonpriority Creditor's Name
**PO Box 9033**
Number     Street

**Melville**          **NY     11747**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9   7   7   1**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Bank Overdraft**

---

**4.7** | **$3,592.67**

**Capital One**
Nonpriority Creditor's Name
**PO Box 30285**
Number     Street

**Salt Lake City**       **UT     84130**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   5   8   0**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding Debt**

---

**4.8** | **$1,069.09**

**Chase Bank Card**
Nonpriority Creditor's Name
**PO Box 15298**
Number     Street

**Wilmiington**          **DE     19850-5298**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   2   2   8**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Bank Overdraft**

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**                                              Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.9**

| | |
|---|---|
| **Chase Bank Card** | **$903.71** |

Nonpriority Creditor's Name
**PO Box 15298**
Number      Street

_____

**Wilmiington                DE      19850-5298**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    6  7  6  3
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Bank Overdraft**

**4.10**

| | |
|---|---|
| **Clinard Properties 3, LLC** | **$913,819.63** |

Nonpriority Creditor's Name
**25207 Dunlap Meadows Lane**
Number      Street

_____

**Houston                TX      77494**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Defaulted Commerical Lease**

**4.11**

| | |
|---|---|
| **CM Construction Group** | **$4,350.00** |

Nonpriority Creditor's Name
**c/o Adel Sadek**
Number      Street
**1980 Post Oak Blvd., Ste. 1557**

_____

**Houston                TX      77056**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Outstanding Debt**

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                                                                              **Total claim**

**4.12**                                                                                                                                $290.06

**Comcast Business**
Nonpriority Creditor's Name
**PO Box 60533**
Number        Street

**City of Industry          CA      91716-0533**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7   4   1   0**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Utlity Account**

---

**4.13**                                                                                                                                $2,317.13

**Constallation New Energy**
Nonpriority Creditor's Name
**PO Box 4911**
Number        Street

**Houston              TX     77210-4911**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **6   9   3   0**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Utlity Account**

---

**4.14**                                                                                                                                $102.20

**Credit Collection Commerical Services**
Nonpriority Creditor's Name
**PO Box 55156**
Number        Street

**Boston              MA     02205-5156**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **8   1   1   5**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - Progressive County Mutual Insuran**

---

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.15**                                                                                                **$11,139.19**

**EnerBank USA**
Nonpriority Creditor's Name
**PO Box 26856**
Number      Street

Last 4 digits of account number    **9   2   1   3**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Salt Lake City          UT     84126**
City                    State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Outstanding Debt**

**4.16**                                                                                                **$40,348.83**

**Flash Funding LLC**
Nonpriority Creditor's Name
**10622 Hirsch Road**
Number      Street

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                 TX     77016**
City                    State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Outstanding Debt**

**4.17**                                                                                                **$5,000.00**

**Fort Bend County Small Business**
Nonpriority Creditor's Name
**Emergency Assitance Program [Cares]**
Number      Street
**301 Jackson Street**

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Richmond                TX     77469**
City                    State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Outstanding Debt**

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.18**

$27,392.40

**Forward Financing LL**
Nonpriority Creditor's Name
**100 Summer Street, Suite 1175**
Number      Street

**Boston              MA     02110**
City                         State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Outstanding Debt**

**4.19**

$849.01

**Frost Bank**
Nonpriority Creditor's Name
**111 West Houston Street**
Number      Street
**San Antonio, TX 78205**

City                         State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Outstanding Debt**

**4.20**

$1,344.31

**Genesis Card Services**
Nonpriority Creditor's Name
**PO Box 4477**
Number      Street

**Beaverton          OR     97076**
City                         State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 3  6  6  6
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

Debtor 1     **Luis Alberto Castaneda**

Debtor 2     **Esther Alicia Castaneda**                                        Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.21                                                                          **$620.00**

**Harris County Toll Road Authority**
Nonpriority Creditor's Name
**c/o Linebarger Goggan Blair Sampson LLP**
Number    Street
**PO Box 3064**

**Houston                    TX       77253**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Toll Road Authority Violations**

### 4.22                                                                          **$286.15**

**Houston Women's Care Associates.**
Nonpriority Creditor's Name
**PO Box 740776**
Number    Street

**Cincinnati                  OH       45274-0776**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    4  0  8  2

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Service**

### 4.23                                                                          **$1,032.51**

**Inframark**
Nonpriority Creditor's Name
**2002 W. Grand Parkway Suite 100**
Number    Street

**Katy                        TX       77449**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    8  5  0  3

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Utlity Account**

---

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td></td><td style="text-align:right">**Total claim**</td></tr>
</table>

**4.24**

**Internal Revenue Service**
Nonpriority Creditor's Name
**P O Box 7346**
Number        Street

_____

**Philadelphia**          **PA**    **19101-7346**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$66,509.48**

Last 4 digits of account number   ___ ___ ___ ___
**When was the debt incurred?**   **2010/2011/2012/2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **1040 Taxes**

---

**4.25**

**Intuit Payroll Services**
Nonpriority Creditor's Name
**4317 NE Thurston Way, Ste. 270**
Number        Street

_____

**Vancover**              **WA**    **98662**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$883.43**

Last 4 digits of account number   **3   8   8   6**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Outstanding Debt**

---

**4.26**

**Matthew D. McClung**
Nonpriority Creditor's Name
**21626 Canyon Forest Court**
Number        Street

_____

**Katy**                  **TX**    **77450**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$135,000.00**

Last 4 digits of account number   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Outstanding Debt**

---

Debtor 1    **Luis Alberto Castaneda**

Debtor 2    **Esther Alicia Castaneda**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.27**                                                                                                                 **$209.84**

**Memorial Herman Hospital**
Nonpriority Creditor's Name
**PO Box 4370**
Number      Street

**Houston          TX      77210**
City                        State    ZIP Code

Who incurred the debt?   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7  5  0  5**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical Service**

**4.28**                                                                                                                 **$242.61**

**Methodist Houston**
Nonpriority Creditor's Name
**PO Box 3133**
Number      Street

**Houston          TX      77253**
City                        State    ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9  8  0  4**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical Service**

**4.29**                                                                                                                 **$29,400.00**

**Quicksilver Capital LLC**
Nonpriority Creditor's Name
**4208 18th Avenue**
Number      Street

**Brooklyn          NY      11218**
City                        State    ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Outstanding Debt**

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.30**                                                                                          **$611.00**

**Solis Mammography**
Nonpriority Creditor's Name
**c/o Rose Imaging Specialist, PA**
Number     Street
**PO Box 203268**

Last 4 digits of account number    **9   1   2   3**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**     **75320-3268**
City                          State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical Service**

**4.31**                                                                                          **$951.00**

**Specialized Collection Services**
Nonpriority Creditor's Name
**PO Box 441508**
Number     Street

Last 4 digits of account number    **2   1   8   3**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                   **TX**     **77244-1508**
City                          State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collecting for - Houston Radiology Assoc.**

**4.32**                                                                                          **$28,710.89**

**Square Capital**
Nonpriority Creditor's Name
**1455 Market Street #600**
Number     Street

Last 4 digits of account number    **2   3   6   8**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**san Francisco**             **CA**     **94103**
City                          State    ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Outstanding Debt**

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.33** | $80.00

**The Endocrine Center**
Nonpriority Creditor's Name
**10837 Katy Freeway, Ste. 200**
Number    Street
**Houston, TX77079-2212**

_____
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    9   3   8   7
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Medical Service**

**4.34** | $267.19

**The Women's Hospital of Texas**
Nonpriority Creditor's Name
**PO Box 99400**
Number    Street

_____

**Louisville              KY     40269**
City                    State    ZIP Code
**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    1   9   2   5
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Medical Service**

**4.35** | $600.00

**Ultra Beauty**
Nonpriority Creditor's Name
**PO Box 659820**
Number    Street

_____

**San Antonio            TX     78265**
City                    State    ZIP Code
**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __  __  __  __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Credit Card**

Debtor 1  **Luis Alberto Castaneda**
Debtor 2  **Esther Alicia Castaneda**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.36** | | **$150,000.00**

**US Department of Education**
Nonpriority Creditor's Name
**c/o Nelnet**
Number    Street
**121 South 31st Street**

**Lincoln**          **NE**    **68508-1904**
City              State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**4.37** | | **$20,000.00**

**US Department of Education**
Nonpriority Creditor's Name
**PO Box 16448**
Number    Street

**Saint Paul**        **MN**   **55116-0448**
City              State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Student Loans**

**4.38** | | **$20,000.00**

**US Department of Education**
Nonpriority Creditor's Name
**525 Central Part Drive, Ste. 600**
Number    Street

**Oklahoma**        **OK**   **73105**
City              State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.39**

$2,672.91

**Wayfair Card**
Nonpriority Creditor's Name
**PO Box 65917**
Number      Street

Last 4 digits of account number    1   9   9   7

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio          TX      78265-9617**
City                      State    ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**4.40**

$2,804.00

**West Houston Emergency Physicians**
Nonpriority Creditor's Name
**PO Box 96408**
Number      Street

Last 4 digits of account number    2   1   3   1

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Oklahoma City          OK      73143-6408**
City                      State    ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Service**

**4.41**

$12,000.00

**Yasin Al-Abdul Wahid**
Nonpriority Creditor's Name
**2865 Westhollow Drive #43**
Number      Street

Last 4 digits of account number    __  __  __  __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston          TX      77082**
City                      State    ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Outstanding Debt**

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Equifax**
Name
**1550 Peachtree Street NE**
Number      Street

**Atlanta**          **GA**    **30309**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Experian**
Name
**475 Anton Blvd.**
Number      Street

**Costa Mesa**       **CA**    **92626**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Office of the Attorney General**
Name
**Bankruptcy - Collections Division MC-008**
Number      Street
**PO Box 12548**

**Austin**           **TX**    **78711-2548**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Richard James & Associates Inc.**
Name
**4317 NE Thurston Way Ste 270**
Number      Street

**Vancouver**        **WA**    **98662**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Intuit**  ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Payroll Services**

Last 4 digits of account number  ___ ___ ___ ___

**Texas Comptroller of Public Accounts**
Name
**PO Box 13528**
Number      Street

**Austin**           **TX**    **78711-3528**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**        Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Texas Workforce Commission**
Name
**Regulatory Integrity Division - SAU**
Number    Street
**101 E. 15th Street, Room 556**

**Austin**      **TX**   **78778-0001**
City          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**The Fuentes Firm, PC**
Name
**5507 Louetta Road, Ste. A**
Number    Street

**Spring**      **TX**   **77379**
City          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for - Flash**  ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Funding LLC**

**Last 4 digits of account number** ___ ___ ___ ___

---

**TransUnion Credit Bureau**
Name
**Wanderers Office Park**
Number    Street
**52 Corlett Drive, Illovo, 2196**

City          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**US Trustee**
Name
**Office of the US Trustee**
Number    Street
**515 Rusk Ave.,**

**Houston**      **TX**   **77002**
City          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**William Hart Boundas Easterly, LLP**
Name
**8441 Gulf Freeway, Ste. 600**
Number    Street

**Houston**      **TX**   **77017-5051**
City          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1   **Luis Alberto Castaneda**

Debtor 2   **Esther Alicia Castaneda**

Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
    28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $3,537.64 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | $0.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $3,537.64 |

|  |  |  | | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $170,000.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | $1,379,359.50 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $1,549,359.50 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Luis** | **Alberto** | **Castaneda** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Esther** | **Alicia** | **Castaneda** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Clinard Properties 3, LLC** | **Commerical Leasehold via Executory Contract.** |
| | Name | **Contract to be REJECTED** |
| | **25207 Dunlap Meadows Lane** | **Contract is in DEFAULT** |
| | Number     Street | |
| | | |
| | **Houston**          **TX**     **77494** | |
| | City                 State    ZIP Code | |
| 2.2 | **Microf** | **Sixty Month Leasehold via Executory Contract in** |
| | Name | **Residential Heating/Cooling Units** |
| | **2613 Gillionville Road** | **Contract to be ASSUMED** |
| | Number     Street | **Contract is in DEFAULT** |
| | | |
| | **Albany**           **GA**     **31707** | |
| | City                 State    ZIP Code | |
| 2.3 | **US Storage Centers** | **Month to Month Leasehold in Storage Unit via** |
| | Name | **Executory Contract.** |
| | **20512 FM 1093 Road** | **Contract to be ASSUMED** |
| | Number     Street | |
| | | |
| | **Richmond**         **TX**     **77407** | |
| | City                 State    ZIP Code | |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Luis** | **Alberto** | **Castaneda** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Esther** | **Alicia** | **Castaneda** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                                 12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1.  **Do you have any codebtors?**     (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☑ No
    ☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
    ☐ No.  Go to line 3.
    ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☐ No
        ☑ Yes

        In which community state or territory did you live?     **Texas**          Fill in the name and current address of that person.

        **Esther Alicia Castaneda**
        Name of your spouse, former spouse, or legal equivalent
        **6210 Trace Canyon Trace Court**
        Number     Street

        _____

        **Katy**                          **TX**      **77450-7099**
        City                             State    ZIP Code

3.  **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

    *Column 1:*  **Your codebtor**                               *Column 2:*  **The creditor to whom you owe the debt**

                                                              Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Luis** | **Alberto** | **Castaneda** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Esther** | **Alicia** | **Castaneda** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **Unemployed** | **Unemployed** |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number  Street<br><br>_____<br><br>_____<br>City        State  Zip Code | _____<br>Number  Street<br><br>_____<br><br>_____<br>City        State  Zip Code |
| **How long employed there?** | _____ | _____ |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................. ➔ 4. | $0.00 | $0.00 |

**5.** **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions.<br>Specify: _____ | 5h. **+** | $0.00 | $0.00 |

**6.** **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   **6.**   $0.00   $0.00

**7.** **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   **7.**   $0.00   $0.00

**8.** **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br><br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $223.53 | $0.00 |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br><br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. | **Unemployment compensation** | 8d. | $897.00 | $897.00 |
| 8e. | **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify:  **N/A** | 8f. | $0.00 | $0.00 |
| 8g. | **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. | **Other monthly income.**<br>Specify:  **See continuation sheet** | 8h. **+** | $0.00 | $0.00 |

**9.** **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   **9.**   $1,120.53   $897.00

**10.** **Calculate monthly income.**   Add line 7 + line 9.   **10.**   $1,120.53   **+**   $897.00   **=**   $2,017.53
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify:  **N/A**   11.   **+**   $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**   The result is the combined monthly income.   Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   **12.**   $2,017.53

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   **Debtor and Joint Debtor seeking employment and have both been directly or indirectly affected by pandemic virus.**

Debtor 1    **Luis Alberto Castaneda**

Debtor 2    **Esther Alicia Castaneda**

Case number (if known) _____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **8h.  Other Monthly Income (details)** | | |
| **N/A** | $0.00 | $0.00 |
| **N/A** | $0.00 | $0.00 |
| **N/A** | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 |

Debtor 1   **Luis Alberto Castaneda**

Debtor 2   **Esther Alicia Castaneda**

Case number (if known) _____

8a.  Attached Statement (Debtor 1)

## LYS Catering

**Gross Monthly Income:**                                                              $2,233.84

| Expense | Category | Amount |
|---|---|---|
| Cost of Goods Sold/Food Items | Cost of Goods Sold | **$2,010.31** |

**Total Monthly Expenses**                                                            $2,010.31

**Net Monthly Income:**                                                                 **$223.53**

**Fill in this information to identify your case:**

Debtor 1      **Luis**            **Alberto**         **Castaneda**
              First Name          Middle Name         Last Name

Debtor 2      **Esther**          **Alicia**          **Castaneda**
(Spouse, if filing)  First Name   Middle Name         Last Name

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition
  chapter 13 expenses as of the
  following date:

  _____
  MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**      ☑ No
   Do not list Debtor 1 and        ☐ Yes. Fill out this information
   Debtor 2.                            for each dependent...................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**      ☑ No      ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**      4.      **$1,743.19**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a.  Real estate taxes      4a.      **$0.00**

   4b.  Property, homeowner's, or renter's insurance      4b.      **$0.00**

   4c.  Home maintenance, repair, and upkeep expenses      4c.      **$50.00**

   4d.  Homeowner's association or condominium dues      4d.      **$100.00**

Debtor 1  **Luis Alberto Castaneda**
Debtor 2  **Esther Alicia Castaneda**

Case number (if known) _____

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. **$0.00** |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. **$200.00** |
| | 6b. Water, sewer, garbage collection | 6b. **$150.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. **$340.00** |
| | 6d. Other. Specify: **N/A** | 6d. **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. **$400.00** |
| 8. | **Childcare and children's education costs** | 8. **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$50.00** |
| 10. | **Personal care products and services** | 10. **$50.00** |
| 11. | **Medical and dental expenses** | 11. **$250.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. **$300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. **$0.00** |
| 14. | **Charitable contributions and religious donations** | 14. **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. **$0.00** |
| | 15b. Health insurance | 15b. **$200.00** |
| | 15c. Vehicle insurance | 15c. **$150.00** |
| | 15d. Other insurance. Specify: **N/A** | 15d. **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **N/A** | 16. **$0.00** |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1  **Automobile Installement Payment** | 17a. **$847.20** |
| | 17b. Car payments for Vehicle 2  **N/A** | 17b. **$0.00** |
| | 17c. Other. Specify: **Assumed/Leasehold/AC-Cooling Unit** | 17c. **$534.00** |
| | 17d. Other. Specify: **Storage / Tolls/EZ Tag** | 17d. **$250.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** **N/A** | 18. **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **N/A** | 19. **$0.00** |

Debtor 1     **Luis Alberto Castaneda**

Debtor 2     **Esther Alicia Castaneda**                                    Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. | **$0.00** |
| 20b. | Real estate taxes | 20b. | **$0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | **$0.00** |

**21.** **Other.** Specify: _____     21.  + _____

**22.** **Calculate your monthly expenses.**

22a. Add lines 4 through 21.     22a.  **$5,614.39**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.     22b.  _____

22c. Add line 22a and 22b.  The result is your monthly expenses.     22c.  **$5,614.39**

**23.** **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.     23a.  **$2,017.53**

23b. Copy your monthly expenses from line 22c above.     23b.  − **$5,614.39**

23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income.     23c.  **($3,596.86)**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.  Explain here:
**Debtor and Joint Debtor have both been directly or indirectly affected by pandemic virus.**

**Fill in this information to identify your case:**

| Debtor 1 | **Luis** | **Alberto** | **Castaneda** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Esther** | **Alicia** | **Castaneda** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................... | **$498,863.50** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................... | **$66,903.17** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................. | **$565,766.67** |

## Part 2:    Summarize Your Liabilities

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$934,202.88** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. | **$3,537.64** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... **+** | **$1,549,359.50** |
| | **Your total liabilities** | **$2,487,100.02** |

## Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.............................................................................. | **$2,017.53** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................................... | **$5,614.39** |

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**
Case number (if known) _____

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.  Domestic support obligations.  (Copy line 6a.)    _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)    _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    _____

9d.  Student loans.  (Copy line 6f.)    _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    _____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    **+** _____

9g.  **Total.**  Add lines 9a through 9f.    _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Luis** | **Alberto** | **Castaneda** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Esther** | **Alicia** | **Castaneda** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Luis Alberto Castaneda**                          X **/s/ Esther Alicia Castaneda**
_____                    _____
Luis Alberto Castaneda, Debtor 1                       Esther Alicia Castaneda, Debtor 2

Date **12/08/2020**                                      Date **12/08/2020**
   MM / DD / YYYY                                            MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Luis** | **Alberto** | **Castaneda** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Esther** | **Alicia** | **Castaneda** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 107</u>

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☐ No
   - ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **2320 McCue Road #7** | From **January 2012** | | From _____ |
| Number     Street | To **August 2018** | Number     Street | To _____ |
| **Houston     TX   77056** | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Luis Alberto Castaneda**

Debtor 2    **Esther Alicia Castaneda**                                    Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions,<br>bonuses, tips<br>☑ Operating a business | **$163,847.41** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | _____ |
| **For the last calendar year:**<br>(January 1 to December 31, __2019__)<br>YYYY | ☐ Wages, commissions,<br>bonuses, tips<br>☑ Operating a business | **$172,696.00** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2018__)<br>YYYY | ☐ Wages, commissions,<br>bonuses, tips<br>☑ Operating a business | **$282,282.00** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | _____ |

5.    **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No

☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **State Unemployment Ben**<br>_____ | **$6,540.00**<br>_____ | **State Unemployment Ben**<br>_____ | **$7,024.00**<br>_____ |
| **For the last calendar year:**<br>(January 1 to December 31, __2019__)<br>YYYY | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2018__)<br>YYYY | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |

| Debtor 1 | **Luis Alberto Castaneda** | | |
|---|---|---|---|
| Debtor 2 | **Esther Alicia Castaneda** | Case number (if known) | |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6.**   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**   *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

**7.**   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

**8.**   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

**9.**   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Flash Funding LLC vs Alberto Castaneda, EtAl** | **Breach of Contract** | **In the County Court at Law No. 1**<br>Court Name<br>**201 Caroline #500**<br>Number   Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **1159571** | | **Houston**          **TX**    **77002**<br>City              State  ZIP Code | |

Debtor 1 **Luis Alberto Castaneda**
Debtor 2 **Esther Alicia Castaneda**                    Case number (if known) _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Luis A. & Esther A. Castaneda vs U.S. Army Corps of Engineers** | **Inverse Condemnation Claim** | **United States Court of Federal Claims** | ☒ Pending |

Case number **18-CV-00855L**

Court Name
**717 Madison Place, NW**                              ☐ On appeal
Number     Street

☐ Concluded

**Washington**          **DC**   **20439**
City                    State  ZIP Code

---

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☒ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Clinard Properties 3, LLC** | **Walk-in-Refrigerator $10,7780.00,** | 09/08/2020 | $26,421.00 |
| Creditor's Name | **Walk-in-Freezer $7,443.00 and Hood** | | |
| **25207 Dunlap Meadows Lane** | **Vent-Fire Suppression Sysem** | | |
| Number     Street | **$8,200.00.** | | |

Explain what happened
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☒ Property was attached, seized, or levied.

**Houston**          **TX**   **77494**
City                 State  ZIP Code

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

---

**Part 5:**   **List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

Debtor 1    **Luis Alberto Castaneda**

Debtor 2    **Esther Alicia Castaneda**                                     Case number (if known) _____

**14.   Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes.  Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15.   Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes.  Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.   Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No

☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Jesse Aguinaga, Attorney at Law PC** <br> Person Who Was Paid | **Bankruptcy Attorney Fees** | | |
| **8323 Southwest Freeway, Ste. 670** <br> Number     Street | | **11/02/2020** | **$3,000.00** |
| | | | |
| **Houston**      **TX**    **77074** <br> City      State    ZIP Code | | | |
| **jfa@aguinagaandassociates.com** <br> Email or website address | | | |
| <br> Person Who Made the Payment, if Not You | | | |
| **Abacus Credit Counseling** <br> Person Who Was Paid | **Credit Counseling Pursuant to 11 USC 109(h) and 111.** | | |
| **17337 Ventura Boulevard, Suite 205** <br> Number     Street | | **11/24/2020** | **$25.00** |
| | | | |
| **Encino**      **CA**    **91316** <br> City      State    ZIP Code | | | |
| **http://www.abacuscc.org/images/Abacus** <br> Email or website address | | | |
| <br> Person Who Made the Payment, if Not You | | | |

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda** _____    Case number (if known) _____

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Luis Alberto Castaneda** | |
|---|---|---|
| Debtor 2 | **Esther Alicia Castaneda** | |
| | | Case number (if known) _____ |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

## Part 11:   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Luna y Sol Mexican Grill, LLC**<br>Business Name | **Describe the nature of the business**<br>Restaurant. | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| **2450 Louisiana Street, Ste. 400-349**<br>Number    Street | **Name of accountant or bookkeeper** | EIN: 8  1 – 3  8  1  1  0  5  4 |
| _____ | | **Dates business existed** |
| **Houston**          **TX**   **77006**<br>City                State   ZIP Code | | From  10/01/2015   To  06/26/2019 |

Debtor 1    **Luis Alberto Castaneda**
Debtor 2    **Esther Alicia Castaneda**

Case number (if known) _____

**LYS Catering**
Business Name

Describe the nature of the business
**Food Catering Services/Homebased**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**6210 Trace Canyon Trace Court**
Number    Street

Name of accountant or bookkeeper

_____

Dates business existed

From  **04/12/2019**    To  **Present**

**Katy**          **TX**    **77450**
City          State   ZIP Code

**Luna y Sol Bakery and More, LLC**
Business Name

Describe the nature of the business
**Bakery/Restaurant**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **8   3 – 2   3   3   0   5   9   7**

**dba Luna y Sol Mexican Eatery**
Number    Street

Name of accountant or bookkeeper

**6210 Trace Canyon Trace Court**

Dates business existed

From  **01/24/2020**    To  **09/05/2020**

**Katy**          **TX**    **77450**
City          State   ZIP Code

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Luis Alberto Castaneda**          X **/s/ Esther Alicia Castaneda**
Luis Alberto Castaneda, Debtor 1          Esther Alicia Castaneda, Debtor 2

Date    **12/08/2020**          Date    **12/08/2020**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Luis**<br>First Name | **Alberto**<br>Middle Name | **Castaneda**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Esther**<br>First Name | **Alicia**<br>Middle Name | **Castaneda**<br>Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:      List Your Creditors Who Hold Secured Claims**

1.    For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Caliber Home Loans**<br><br>Description of property securing debt: **6210 Canyon Trace CT, Katy, TX 77450-7099** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Canyon Gate At Cinco Ranch HOA**<br><br>Description of property securing debt: **6210 Canyon Trace CT, Katy, TX 77450-7099** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |

Debtor 1      **Luis Alberto Castaneda**
Debtor 2      **Esther Alicia Castaneda**                                    Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **EZ Pawn**<br><br>Description of property securing debt: **Wedding Bands $2000/Necklace $800/Bracelet $500** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Creditor's name: **GM Financial**<br><br>Description of property securing debt: **2016 Cadillac ATS (approx. 66,000 miles)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **HMS**<br><br>Description of property securing debt: **2936 Piedmont Drive, El Paso, TX 79902-2115** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Inroveca, LLC**<br><br>Description of property securing debt: **Business Implements/Furnishing** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Jose Alfredo Castaneda**<br><br>Description of property securing debt: **2936 Piedmont Drive, El Paso, TX 79902-2115** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Tax Office**<br><br>Description of property securing debt: **2936 Piedmont Drive, El Paso, TX 79902-2115** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Tax Office**<br><br>Description of property securing debt: **88 Horizon View Estates, El Paso, Texas** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Tax Office**<br><br>Description of property securing debt: **2 Horizon City Estates, El Paso, Texas** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1   **Luis Alberto Castaneda**
Debtor 2   **Esther Alicia Castaneda**                        Case number (if known) _____

| **Identify the creditor and the property that is collateral** | **What do you intend to do with the property that secures a debt?** | **Did you claim the property as exempt on Schedule C?** |
|---|---|---|
| Creditor's name: **Tax Office** | ☑ Surrender the property. | ☐ No |
|  | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: **2 Horizon City Estates, El Paso, Texas** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* |  |
|  | ☐ Retain the property and [explain]: |  |

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|
| Lessor's name: **Clinard Properties 3, LLC**  Description of leased property: **Commerical Leasehold via Executory Contract.** | ☑ No  ☐ Yes |
| Lessor's name: **Microf**  Description of leased property: **Sixty Month Leasehold via Executory Contract in Residential Heating/Cooling Units** | ☐ No  ☑ Yes |
| Lessor's name: **US Storage Centers**  Description of leased property: **Month to Month Leasehold in Storage Unit via Executory Contract.** | ☐ No  ☑ Yes |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Luis Alberto Castaneda**          X **/s/ Esther Alicia Castaneda**
Luis Alberto Castaneda, Debtor 1            Esther Alicia Castaneda, Debtor 2

Date  **12/08/2020**                  Date  **12/08/2020**
MM / DD / YYYY                      MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |       |                     |
|---|-------|---------------------|
|   | $245  | filing fee          |
|   | $78   | administrative fee  |
| + | $15   | trustee surcharge   |
|   | $338  | total fee           |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| **+** | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are.  If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully.  The rules are technical, and a mistake or inaction may harm you.  If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid.  You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings.  If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged.  The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/forms/bankruptcy-forms

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Luis Alberto Castaneda**                                    Case No.  _____
       **Esther Alicia Castaneda**

                                                                     Chapter  **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and
    that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for
    services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case
    is as follows:

    For legal services, I have agreed to accept.........................Hourly: Estimated Total          **$3,000.00**

    Prior to the filing of this statement I have received........................................................          **$3,000.00**

    Balance Due............................................................Hourly: Approximately          **$0.00**

2.  The source of the compensation paid to me was:

    ☑ Debtor                ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor                ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
        associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or
        associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the
        compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
        bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2">CERTIFICATION<br><br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br><br><br>_____<u>12/08/2020</u>_____      <b>/s/ Jesse Aguinaga</b><br>                        *Date*                *Jesse Aguinaga*                        Bar No.  00798026<br>                                         Jesse Aguinaga<br>                                         8323 Southwest freeway Suite 670<br>                                         Houston Tx 77074<br>                                         Phone: (713) 772-7986 / Fax: (713) 772-7725</td></tr>
</table>

___<b>/s/ Luis Alberto Castaneda</b>_____        ___<b>/s/ Esther Alicia Castaneda</b>_____

    <b>*Luis Alberto Castaneda*</b>                            <b>*Esther Alicia Castaneda*</b>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Luis Alberto Castaneda**
         **Esther Alicia Castaneda**

CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   12/8/2020 _____

Signature   **/s/ Luis Alberto Castaneda** _____
            *Luis Alberto Castaneda*

Date   12/8/2020 _____

Signature   **/s/ Esther Alicia Castaneda** _____
            *Esther Alicia Castaneda*

**/s/ Jesse Aguinaga** _____
*Jesse Aguinaga*
*00798026*
*Jesse Aguinaga*
*8323 Southwest freeway Suite 670*
*Houston Tx 77074*
*(713) 772-7986*

```
24 Hour Fitness Member Services
PO Box 2689
Carlsbad, CA 92018


Allegiance Bank
PO Box 41314
Houston, TX 77241-1314


Alltran Financial LP
PO Box 722929
Houston, TX 77272-2929


BBVA Compass Bank
PO Box 192
Birmingham, AL 35201-0192


Caliber Home Loans
PO Box 24610
Oklahoma City, OK 73124


Canyon Gate At Cinco Ranch HOA
20422 Canyon Gate Blvd.
Katy, TX 77450


Capital One
PO Box 9033
Melville, NY 11747


Capital One
PO Box 30285
Salt Lake City, UT 84130


Chase Bank Card
PO Box 15298
Wilmiington, DE 19850-5298
```

Clinard Properties 3, LLC
25207 Dunlap Meadows Lane
Houston, TX 77494


CM Construction Group
c/o Adel Sadek
1980 Post Oak Blvd., Ste. 1557
Houston, TX 77056

Comcast Business
PO Box 60533
City of Industry, CA 91716-0533


Constallation New Energy
PO Box 4911
Houston, TX 77210-4911


Credit Collection Commerical Services
PO Box 55156
Boston, MA 02205-5156


EnerBank USA
PO Box 26856
Salt Lake City, UT 84126


Equifax
1550 Peachtree Street NE
 Atlanta, GA 30309


Experian
475 Anton Blvd.
Costa Mesa, CA 92626


EZ Pawn
13555 Westheimer Road
Houston, TX 77077

Flash Funding LLC
10622 Hirsch Road
Houston, TX 77016


Fort Bend County Small Business
Emergency Assitance Program [Cares]
301 Jackson Street
Richmond, TX 77469


Forward Financing LL
100 Summer Street, Suite 1175
Boston MA 02110


Frost Bank
111 West Houston Street
San Antonio, TX 78205


Genesis Card Services
PO Box 4477
Beaverton, OR 97076


GM Financial
P.O. Box 183593
Arlington, TX 76096


Harris County Toll Road Authority
c/o Linebarger Goggan Blair Sampson LLP
PO Box 3064
Houston,TX 77253


HMS
The Texas Medicaid Estate Recovery Contr
PO Box 166889


Houston Women's Care Associates.
PO Box 740776
Cincinnati, OH 45274-0776

```
Inframark
2002 W. Grand Parkway Suite 100
Katy, TX 77449


Inroveca, LLC
c/o Roquel Garmendia
1207 Lodgeglen Court
Katy, TX 77494-0800


Internal Revenue Service
P O Box 7346
Philadelphia PA 19101-7346


Intuit Payroll Services
4317 NE Thurston Way, Ste. 270
Vancover, WA 98662


Jose Alfredo Castaneda
2936 Piedmont Drive
El Paso, TX 79902


Lewis & Barnes
5248A Larkin
Houston, TX 77007


Linebarger Goggan Blair & Sampson, LLP
Attorneys at Law
PO Box 3064
Houston,TX 77253


Matthew D. McClung
21626 Canyon Forest Court
Katy, TX 77450


Memorial Herman Hospital
PO Box 4370
Houston, TX 77210
```

Methodist Houston
PO Box 3133
Houston, TX 77253


Microf
2613 Gillionville Road
Albany, GA 31707


Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548


Perdue Brandon Fielder Collins & Motts
Fielder Collins & Motts LLP
1235 North Loop West Suite 600
Houston, TX 77008


Quicksilver Capital LLC
4208 18th Avenue
Brooklyn, NY 11218


Richard James & Associates Inc.
4317 NE Thurston Way Ste 270
Vancouver, WA 98662


Solis Mammography
c/o Rose Imaging Specialist, PA
PO Box 203268
Dallas, TX 75320-3268


Specialized Collection Services
PO Box 441508
Houston, TX 77244-1508


Square Capital
1455 Market Street #600
san Francisco, CA 94103

Tax Office
Tax Assessor Collector Ruben P. Gonzalez
301 Manny Martinez Drive, 1st Floor
El Paso, Texas 79905


Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711-3528



Texas Health & Human Services Commission
701 W 51st Street
Austin, TX 78714-9030



Texas Workforce Commission
Regulatory Integrity Division - SAU
101 E. 15th Street, Room 556
Austin, TX 78778-0001


The Endocrine Center
10837 Katy Freeway, Ste. 200
Houston, TX77079-2212


The Fuentes Firm, PC
5507 Louetta Road, Ste. A
Spring, TX 77379


The Women's Hospital of Texas
PO Box 99400
Louisville, KY 40269



TransUnion Credit Bureau
Wanderers Office Park
52 Corlett Drive, Illovo, 2196



Ultra Beauty
PO Box 659820
San Antonio, TX 78265

US Department of Education
c/o Nelnet
121 South 31st Street
Lincoln, NE 68508-1904


US Department of Education
PO Box 16448
Saint Paul, MN 55116-0448


US Department of Education
525 Central Part Drive, Ste. 600
Oklahoma, OK 73105


US Federal Housing Administration (FHA)
451 7th St. SW
Washington, DC 20410


US Storage Centers
20512 FM 1093 Road
Richmond, TX 77407


US Trustee
Office of the US Trustee
515 Rusk Ave.,
Houston, TX 77002


Wayfair Card
PO Box 65917
San Antonio, TX 78265-9617


West Houston Emergency Physicians
PO Box 96408
Oklahoma City, OK 73143-6408


William Hart Boundas Easterby, LLP
8441 Gulf Freeway, Ste. 600
Houston, TX 77017-5051

Yasin Al-Abdul Wahid
2865 Westhollow Drive #43
Houston, TX 77082

*Jesse Aguinaga, Bar No. 00798026*
*Jesse Aguinaga*
*8323 Southwest freeway Suite 670*
*Houston Tx 77074*
*(713) 772-7986*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:                                          Case No.:

**Luis Alberto Castaneda**                              SSN:   **xxx-xx-4302**

**Esther Alicia Castaneda**                             SSN:   **xxx-xx-7803**

Debtor(s)

Address:                          **Numbered Listing of Creditors**

**6210 Trace Canyon Trace Court**          Chapter:   **7**
**Katy, TX 77450-7099**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  24 Hour Fitness Member Services<br>PO Box 2689<br>Carlsbad, CA 92018 | Unsecured Claim | $433.00 |
| 2.  Allegiance Bank<br>PO Box 41314<br>Houston, TX 77241-1314<br>5680 | Unsecured Claim | $55,012.00 |
| 3.  Alltran Financial LP<br>PO Box 722929<br>Houston, TX 77272-2929<br>2876 | Unsecured Claim | $1,351.02 |
| 4.  BBVA Compass Bank<br>PO Box 192<br>Birmingham, AL 35201-0192<br>2876 | Unsecured Claim | $2,076.00 |
| 5.  BBVA Compass Bank<br>PO Box 192<br>Birmingham, AL 35201-0192<br>7873 | Unsecured Claim | $145.94 |
| 6.  Caliber Home Loans<br>PO Box 24610<br>Oklahoma City, OK 73124<br>4254 | Secured Claim | $317,849.00 |

in re:   **Luis Alberto Castaneda**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  Canyon Gate At Cinco Ranch HOA<br>20422 Canyon Gate Blvd.<br>Katy, TX 77450 | Secured Claim | $7,500.00 |
| 8.  Capital One<br>PO Box 9033<br>Melville, NY 11747<br>9771 | Unsecured Claim | $4,942.30 |
| 9.  Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130<br>1580 | Unsecured Claim | $3,592.67 |
| 10.  Chase Bank Card<br>PO Box 15298<br>Wilmiington, DE 19850-5298<br>1228 | Unsecured Claim | $1,069.09 |
| 11.  Chase Bank Card<br>PO Box 15298<br>Wilmiington, DE 19850-5298<br>6763 | Unsecured Claim | $903.71 |
| 12.  Clinard Properties 3, LLC<br>25207 Dunlap Meadows Lane<br>Houston, TX 77494 | Unsecured Claim | $913,819.63 |
| 13.  CM Construction Group<br>c/o Adel Sadek<br>1980 Post Oak Blvd., Ste. 1557<br>Houston, TX 77056 | Unsecured Claim | $4,350.00 |
| 14.  Comcast Business<br>PO Box 60533<br>City of Industry, CA 91716-0533<br>7410 | Unsecured Claim | $290.06 |
| 15.  Constallation New Energy<br>PO Box 4911<br>Houston, TX 77210-4911<br>693-0 | Unsecured Claim | $2,317.13 |

in re:   **Luis Alberto Castaneda**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 16. | Credit Collection Commerical Services<br>PO Box 55156<br>Boston, MA 02205-5156<br>8115 | Unsecured Claim | $102.20 |
| 17. | EnerBank USA<br>PO Box 26856<br>Salt Lake City, UT 84126<br>9213 | Unsecured Claim | $11,139.19 |
| 18. | Equifax<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Unsecured Claim | $0.00 |
| 19. | Experian<br>475 Anton Blvd.<br>Costa Mesa, CA 92626 | Unsecured Claim | $0.00 |
| 20. | EZ Pawn<br>13555 Westheimer Road<br>Houston, TX 77077 | Secured Claim | $3,000.00 |
| 21. | Flash Funding LLC<br>10622 Hirsch Road<br>Houston, TX 77016 | Unsecured Claim | $40,348.83 |
| 22. | Fort Bend County Small Business<br>Emergency Assitance Program [Cares]<br>301 Jackson Street<br>Richmond, TX 77469 | Unsecured Claim | $5,000.00 |
| 23. | Forward Financing LL<br>100 Summer Street, Suite 1175<br>Boston MA 02110 | Unsecured Claim | $27,392.40 |
| 24. | Frost Bank<br>111 West Houston Street<br>San Antonio, TX 78205 | Unsecured Claim | $849.01 |

in re:  **Luis Alberto Castaneda**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Genesis Card Services<br>PO Box 4477<br>Beaverton, OR 97076<br>3666 | Unsecured Claim | $1,344.31 |
| 26. GM Financial<br>P.O. Box 183593<br>Arlington, TX 76096<br>1555 | Secured Claim | $25,210.24 |
| 27. Harris County Toll Road Authority<br>c/o Linebarger Goggan Blair Sampson LLP<br>PO Box 3064<br>Houston,TX 77253 | Unsecured Claim | $620.00 |
| 28. HMS<br>The Texas Medicaid Estate Recovery Contr<br>PO Box 166889 | Secured Claim | $50,000.00 |
| 29. Houston Women's Care Associates.<br>PO Box 740776<br>Cincinnati, OH 45274-0776<br>4082 | Unsecured Claim | $286.15 |
| 30. Inframark<br>2002 W. Grand Parkway Suite 100<br>Katy, TX 77449<br>8503 | Unsecured Claim | $1,032.51 |
| 31. Inroveca, LLC<br>c/o Roquel Garmendia<br>1207 Lodgeglen Court<br>Katy, TX 77494-0800 | Secured Claim | $150,000.00 |
| 32. Internal Revenue Service<br>P O Box 7346<br>Philadelphia PA 19101-7346 | Priority Claim | $3,537.64 |
| 33. Internal Revenue Service<br>P O Box 7346<br>Philadelphia PA 19101-7346 | Unsecured Claim | $66,509.48 |

in re:  **Luis Alberto Castaneda**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. Intuit Payroll Services<br>4317 NE Thurston Way, Ste. 270<br>Vancover, WA 98662<br>3886 | Unsecured Claim | $883.43 |
| 35. Jose Alfredo Castaneda<br>2936 Piedmont Drive<br>El Paso, TX 79902 | Secured Claim | $142,609.00 |
| 36. Lewis & Barnes<br>5248A Larkin<br>Houston, TX 77007 | Secured Claim | $0.00 |
| 37. Linebarger Goggan Blair & Sampson, LLP<br>Attorneys at Law<br>PO Box 3064<br>Houston,TX 77253 | Secured Claim | $0.00 |
| 38. Matthew D. McClung<br>21626 Canyon Forest Court<br>Katy, TX 77450 | Unsecured Claim | $135,000.00 |
| 39. Memorial Herman Hospital<br>PO Box 4370<br>Houston, TX 77210<br>7505 | Unsecured Claim | $209.84 |
| 40. Methodist Houston<br>PO Box 3133<br>Houston, TX 77253<br>9804 | Unsecured Claim | $242.61 |
| 41. Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Priority Claim | $0.00 |
| 42. Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Secured Claim | $0.00 |

in re:   **Luis Alberto Castaneda**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43. Perdue Brandon Fielder Collins & Motts<br>Fielder Collins & Motts LLP<br>1235 North Loop West Suite 600<br>Houston, TX 77008 | Secured Claim | $0.00 |
| 44. Quicksilver Capital LLC<br>4208 18th Avenue<br>Brooklyn, NY 11218 | Unsecured Claim | $29,400.00 |
| 45. Richard James & Associates Inc.<br>4317 NE Thurston Way Ste 270<br>Vancouver, WA 98662 | Unsecured Claim | $0.00 |
| 46. Solis Mammography<br>c/o Rose Imaging Specialist, PA<br>PO Box 203268<br>Dallas, TX 75320-3268<br>xxxx/9123 | Unsecured Claim | $611.00 |
| 47. Specialized Collection Services<br>PO Box 441508<br>Houston, TX 77244-1508<br>2183 | Unsecured Claim | $951.00 |
| 48. Square Capital<br>1455 Market Street #600<br>san Francisco, CA 94103<br>2368 | Unsecured Claim | $28,710.89 |
| 49. Tax Office<br>Tax Assessor Collector Ruben P. Gonzalez<br>301 Manny Martinez Drive, 1st Floor<br>El Paso, Texas 79905 | Secured Claim | $237,646.86 |
| 50. Tax Office<br>Tax Assessor Collector Ruben P. Gonzalez<br>301 Manny Martinez Drive, 1st Floor<br>El Paso, Texas 79905 | Secured Claim | $189.71 |
| 51. Tax Office<br>Tax Assessor Collector Ruben P. Gonzalez<br>301 Manny Martinez Drive, 1st Floor<br>El Paso, Texas 79905 | Secured Claim | $103.22 |

in re: **Luis Alberto Castaneda**

| | | |
|---|---|---|
| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52. Tax Office<br>Tax Assessor Collector Ruben P. Gonzalez<br>301 Manny Martinez Drive, 1st Floor<br>El Paso, Texas 79905 | Secured Claim | $94.85 |
| 53. Texas Comptroller of Public Accounts<br>PO Box 13528<br>Austin, TX 78711-3528 | Priority Claim | $0.00 |
| 54. Texas Health & Human Services Commission<br>701 W 51st Street<br>Austin, TX 78714-9030 | Secured Claim | $0.00 |
| 55. Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 | Priority Claim | $0.00 |
| 56. The Endocrine Center<br>10837 Katy Freeway, Ste. 200<br>Houston, TX77079-2212<br>9387 | Unsecured Claim | $80.00 |
| 57. The Fuentes Firm, PC<br>5507 Louetta Road, Ste. A<br>Spring, TX 77379 | Unsecured Claim | $0.00 |
| 58. The Women's Hospital of Texas<br>PO Box 99400<br>Louisville, KY 40269<br>1925 | Unsecured Claim | $267.19 |
| 59. TransUnion Credit Bureau<br>Wanderers Office Park<br>52 Corlett Drive, Illovo, 2196 | Unsecured Claim | $0.00 |
| 60. Ultra Beauty<br>PO Box 659820<br>San Antonio, TX 78265 | Unsecured Claim | $600.00 |

in re:   **Luis Alberto Castaneda**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 61.  US Department of Education<br>c/o Nelnet<br>121 South 31st Street<br>Lincoln, NE 68508-1904 | Unsecured Claim | $150,000.00 |
| 62.  US Department of Education<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | Unsecured Claim | $20,000.00 |
| 63.  US Department of Education<br>525 Central Part Drive, Ste. 600<br>Oklahoma, OK 73105 | Unsecured Claim | $20,000.00 |
| 64.  US Federal Housing Administration (FHA]<br>451 7th St. SW<br>Washington, DC 20410 | Secured Claim | $0.00 |
| 65.  US Trustee<br>Office of the US Trustee<br>515 Rusk Ave.,<br>Houston, TX 77002 | Priority Claim | $0.00 |
| 66.  Wayfair Card<br>PO Box 65917<br>San Antonio, TX 78265-9617<br>1997 | Unsecured Claim | $2,672.91 |
| 67.  West Houston Emergency Physicians<br>PO Box 96408<br>Oklahoma City, OK 73143-6408<br>2131 | Unsecured Claim | $2,804.00 |
| 68.  William Hart Boundas Easterby, LLP<br>8441 Gulf Freeway, Ste. 600<br>Houston, TX 77017-5051 | Unsecured Claim | $0.00 |
| 69.  Yasin Al-Abdul Wahid<br>2865 Westhollow Drive #43<br>Houston, TX 77082 | Unsecured Claim | $12,000.00 |

in re:   **Luis Alberto Castaneda**

_____                    _____
                          Debtor                                                    Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Luis Alberto Castaneda** _____ ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*

consisting of  ___9___   sheets (including this declaration), and that it is true and correct to the best of my information and belief.


Debtor:   **/s/ Luis Alberto Castaneda** _____     Date: 12/8/2020 _____
                 **Luis Alberto Castaneda**



Spouse:   **/s/ Esther Alicia Castaneda** _____     Date: 12/8/2020 _____
                 **Esther Alicia Castaneda**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Luis** | **Alberto** | **Castaneda** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Esther** | **Alicia** | **Castaneda** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>**SOUTHERN DISTRICT OF TEXAS**</u>

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/15

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1:     Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ **No.** Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ **Yes.** Go to Part 2.

## Part 2:     Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ **No.** Go to line 3.

   ☐ **Yes.** Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ **No.** Go to line 3.

      ☐ **Yes.** Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ **No.** Complete Form 122A-1. Do not submit this supplement.

   ☐ **Yes.** Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ **No.** Complete Form 122A-1. Do not submit this supplement.

      ☐ **Yes.** Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

      If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

      If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td colspan="3">

**Fill in this information to identify your case:**

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

</td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Luis**<br>First Name | **Alberto**<br>Middle Name | **Castaneda**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Esther**<br>First Name | **Alicia**<br>Middle Name | **Castaneda**<br>Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1
## Chapter 7 Statement of Your Current Monthly Income          04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

---

**Part 1:      Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

---

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

---

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1    **Luis Alberto Castaneda**

Debtor 2    **Esther Alicia Castaneda**

Case number (if known) _____

| *Column A* Debtor 1 | *Column B* Debtor 2 or non-filing spouse |
|---|---|

**5.    Net income from operating a business, profession, or farm**

| | **Debtor 1** | **Debtor 2** |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

Copy here ➔   _____   _____

**6.    Net income from rental and other real property**

| | **Debtor 1** | **Debtor 2** |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from rental or other real property | _____ | _____ |

Copy here ➔   _____   _____

**7.    Interest, dividends, and royalties**                    _____   _____

**8.    Unemployment compensation**                        _____   _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ...............↓

For you.................................................................    _____

For your spouse...............................................    _____

**9.    Pension or retirement income.**  Do not include any amount received that    _____   _____
was a benefit under the Social Security Act.  Also, except as stated in the
next sentence, do not include any compensation, pension, pay, annuity, or
allowance paid by the United States Government in connection with a
disability, combat-related injury or disability, or death of a member of the
uniformed services.  If you received any retired pay paid under chapter 61
of title 10, then include that pay only to extent that it does not exceed the
amount of retired pay to which you would otherwise be entitled if retired
under any provision of title 10 other than chapter 61 of that title.

Debtor 1 **Luis Alberto Castaneda**

Debtor 2 **Esther Alicia Castaneda**

Case number (if known) _____

|  | Column A | Column B |
|---|---|---|
|  | Debtor 1 | Debtor 2 or non-filing spouse |

**10.** **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____   _____   _____

_____   _____   _____

Total amounts from separate pages, if any.   + _____   + _____

**11.** **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

[ _____ ] + [ _____ ] = [ _____ ]

**Total current monthly income**

## Part 2:   Determine Whether the Means Test Applies to You

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11......................................................**Copy line 11 here** ➔ 12a. [ _____ ]

Multiply by 12 (the number of months in a year).   X   12

12b. The result is your annual income for this part of the form.   12b. [ _____ ]

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [ _____ ]

Fill in the number of people in your household.   [ _____ ]

Fill in the median family income for your state and size of household................................................................... 13. [ _____ ]

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

| | |
|---|---|
| Debtor 1 | **Luis Alberto Castaneda** |
| Debtor 2 | **Esther Alicia Castaneda** |

Case number (if known) _____

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Luis Alberto Castaneda**
Luis Alberto Castaneda, Debtor 1

X **/s/ Esther Alicia Castaneda**
Esther Alicia Castaneda, Debtor 2

Date **12/8/2020**
MM / DD / YYYY

Date **12/8/2020**
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

## Current Monthly Income Calculation Details

In re: **Luis Alberto Castaneda**
       **Esther Alicia Castaneda**

Case Number:
Chapter:          **7**

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2018

# Underlying Allowances (as of 12/08/2020)

In re: **Luis Alberto Castaneda**
**Esther Alicia Castaneda**

Case Number:
Chapter:     **7**

| Median Income Information | |
|---|---|
| State of Residence | **Texas** |
| Household Size | **2** |
| Median Income per Census Bureau Data | **$70,418.00** |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
|---|---|
| Region | **US** |
| Family Size | **2** |
| Gross Monthly Income | **$0.00** |
| Income Level | **Not Applicable** |
| Food | **$715.00** |
| Housekeeping Supplies | **$67.00** |
| Apparel and Services | **$158.00** |
| Personal Care Products and Services | **$73.00** |
| Miscellaneous | **$285.00** |
| Additional Allowance for Family Size Greater Than 4 | **$0.00** |
| Total | **$1,298.00** |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
|---|---|
| **Household members under 65 years of age** | |
| Allowance per member | **$56.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Household members 65 years of age or older** | |
| Allowance per member | **$125.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Total** | **$0.00** |

| Local Standards: Housing and Utilities | |
|---|---|
| State Name | **Texas** |
| County or City Name | **Harris County** |
| Family Size | **Family of 2** |
| Non-Mortgage Expenses | **$591.00** |
| Mortgage/Rent Expense Allowance | **$1,300.00** |
| Minus Average Monthly Payment for Debts Secured by Home | **$1,743.19** |
| Equals Net Mortgage/Rental Expense | **$0.00** |
| Housing and Utilities Adjustment | **$0.00** |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2018

## Underlying Allowances (as of 12/08/2020)

In re: **Luis Alberto Castaneda**
      **Esther Alicia Castaneda**

Case Number:
Chapter:     **7**

| Local Standards: Transportation; Vehicle Operation/Public Transportation | |
|---|---|
| Transportation Region | **Houston** |
| Number of Vehicles Operated | **2 or more** |
| Allowance | **$518.00** |
| **Local Standards: Transportation; Additional Public Transportation Expense** | |
| Transportation Region | **Houston** |
| Allowance (if entitled) | **$224.00** |
| Amount Claimed | **$0.00** |

| Local Standards: Transportation; Ownership/Lease Expense | | |
|---|---|---|
| Transportation Region | **Houston** | |
| Number of Vehicles with Ownership/Lease Expense | **1** | |
| | **First Car** | **Second Car** |
| Allowance | **$521.00** | |
| Minus Average Monthly Payment for Debts Secured by Vehicle | **$847.20** | |
| Equals Net Ownership / Lease Expense | **$0.00** | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2018