

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In   Luis Alberto Castaneda
Re:  Esther Alicia Castaneda
**Debtor(s)**

Case No.: 20–35854

Chapter:  7

ENTERED

06/07/2021

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/7/21

_____

Jeffrey P. Norman
United States Bankruptcy Judge