United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 27, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXES
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 20-35854** |
| LUIS ALBERTO CASTANEDA | § | |
| and | § | **CHAPTER 7** |
| ESTHER ALICIA CASTANEDA, | § | |
| | § | |
| Debtors. | § | |
| | § | |
| MATTHEW MCCLUNG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 21-3051** |
| | § | |
| LUIS ALBERTO CASTANEDA | § | |
| and | § | |
| ESTHER ALICIA CASTANEDA, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

The Court awards a non-dischargeable judgment of $137,500.00 to plaintiff Matthew McClung against Luis Alberto Castaneda and Esther Alicia Castaneda, plus post judgment interest at the federal judgment rate of 0.58%, for which execution may issue.

This is a final judgment, and this adversary is closed.

**SO ORDERED.**

SIGNED 01/27/2022

_____
Jeffrey Norman
United States Bankruptcy Judge

1 / 1